**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, individually and as the
representative of a class of similarly situated persons,

                       Plaintiff,

            - against -

THE POWER OF PURE, LLC d/b/a Branch Basics,

                       Defendants.
-----------------------------------------------------------X

Case No. 1:21-cv-3640-ENV-SJB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The Power of Pure, LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
         August 3, 2021

                                                       SHAKED LAW GOUP, P.C.
                                                       Attorneys for Plaintiff

                                                       By: /s/Dan Shaked
                                                       Dan Shaked, Esq.
                                                       14 Harwood Court, Suite 415
                                                      Scarsdale, NY 10583
                                                      Tel. (917) 373-9128
                                                      Fax (718) 704-7555
                                                      e-mail: ShakedLawGroup@Gmail.com

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated:   1/4/2022

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

*The clerk is directed to close the case.*